ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 3 0 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FERNANDO REY GOMEZ,<br>Petitioner,<br>v.<br>DARRELL G. ADAMS, WARDEN,<br>Respondent. | Case No. EDCV 08-01854 AHS (AN)<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: Jan. 30, 2009

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB – 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY